AUSA: Jeremiah Smith Telephone: (313) 226-9100

AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Austin Dawn Telephone: (313) 202-3400

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Clint Davis

Case No. Case: 2:26−mj−30721
Assigned To : Unassigned
Assign. Date : 11/16/2026
Description: CMP USA V. DAVIS (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 14, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

Austin Dawn, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

*Judge's signature*

Date: November 16, 2026

City and state: Detroit, MI

Hon. Kimberly G. Altman, U.S Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Austin Dawn, being first duly sworn, hereby state:

## INTRODUCTION

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF). I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), and I am empowered by law to conduct investigations and make arrests of offenses enumerated under federal law.

2. I have been an ATF Special Agent since November 2023. I am currently assigned to the Gun Violence Task Force (GVTF), which was established by the Oakland County Sheriff's Office and the ATF. Additionally, I am a member of the ATF Detroit Field Division, Group II, Crime Gun Enforcement Team. I have had extensive law enforcement training, including the Criminal Investigator Training Program at the Federal Law Enforcement Training Center and ATF Special Agent Basic Training.

3. During my employment with ATF, I have participated in investigations of criminal violations relating to firearms, machinegun conversion devices, violent crimes, and controlled substances. I have participated in various aspects of criminal investigations, including interviews, physical surveillance, and obtaining and executing search warrants. I am familiar with and have employed various

investigative methods, including electronic surveillance, visual surveillance, and search warrants.

4. I make this affidavit from personal knowledge based on my participation in this investigation, including review of video and reports conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience.

5. The ATF is investigating Clint DAVIS, (DOB: XX/XX/1981), for violations of 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm). Specifically, there is probable cause to believe that DAVIS, a convicted felon, possessed a loaded SCCY, CPX-1 9mm pistol, on November 14, 2026, in the Eastern District of Michigan.

## <u>PROBABLE CAUSE</u>

### Prohibited Status

6. A search of the Law Enforcement Information Network (LEIN) revealed:

a. On January 13, 2004, in the 3d Circuit Court, MI, DAVIS pleaded guilty to felony firearms and was sentenced to two years in prison.

b. On August 23, 2006, in the 3d Circuit Court, MI, DAVIS was found guilty of felony carrying concealed weapon and felony assaulting/

resisting/ obstructing/ resisting a police officer and was sentenced to 42 months to 90 months in prison.

c. On August 23, 2006, DAVIS pleaded guilty to controlled substance possession (cocaine, heroin, or another narcotic <25 grams) and was sentenced to one to four years in prison.

d. On April 10, 2013, in Lexington-Fayette Co, KY, DAVIS was found guilty of fleeing and evading police-first degree (on foot) and possession of a controlled substance-first degree.

e. On March 26, 2014, in Fayette Cicuit Court in KY, DAVIS was found guilty of assault in the first degree and was sentenced to three years in prison.

f. On July 9, 2020, in the Eastern District of KY, DAVIS pleaded guilty to felon in possession of a firearm and was sentenced to 87 months in the bureau of prisons and three years supervised release.

7. Based on my training and experience, when defendants plead guilty to a felony, they are advised that they are doing so and are warned of the maximum penalty. Based on DAVIS's numerous state convictions, his prior federal conviction of felon in possession of a firearm, and the time he has spent incarcerated, there is probable cause to believe that DAVIS is aware of his status as a convicted felon.

**November 14, 2026**

8. On November 14, 2026, at approximately 8:04 p.m., Detroit Police Department (DPD) officers were patrolling near Schoolcraft and Marlowe St. when they observed a dark blue Jeep Grand Cherokee running and parked on the street. Officers ran the vehicle's license plate in LEIN and learned that the Jeep was uninsured. Officers activated their scout car's overhead lights and approached the vehicle on foot.

9. Once at the Jeep, the officers saw two red solo cups in the front cup holder and one in the rear cup holder. Based on their training and experience, the officers believed the cups contained alcohol, so they told the occupants to hand them the cups. After obtaining the red cups, the officers smelled them and detected the odor of alcohol.

10. Officers then directed DAVIS, who was in the driver's seat, multiple times to exit the vehicle. DAVIS disregarded the commands. Officers opened the door and escorted DAVIS out of the vehicle. DAVIS then attempted to flee on foot. DAVIS continued to resist officers and disobey verbal commands. However, after a brief struggle, the officers were able to place DAVIS in handcuffs.

11. During the struggle, officers observed a firearm in DAVIS's waistband. The officers recovered a black and grey SCCY, CPX-1, 9mm, pistol from DAVIS (Image 01).

Image 01




12. Officers ran DAVIS in LEIN and learned he did not possess a valid CPL. LEIN indicated that the firearm was reported stolen. The officers cited DAVIS for operating a vehicle with no insurance, failing to comply with officers commands, disorderly conduct, and open intoxicants in a motor vehicle. DAVIS was arrested and transported to the Detroit Detention Center for obstructing police, possession of stolen property, and carrying a concealed weapon.

**Nexus**

13. On November 16, 2026, I provided ATF Interstate Nexus expert Richard Cousins with a verbal description of the recovered firearm. Based on Special Agent Cousins's training and experience, the SCCY, CPX-1 9mm pistol is a firearm

as defined under 18 U.S.C. § 921(a)(3) and was manufactured outside the state of Michigan. Thus, the firearm had traveled in and affected interstate or foreign commerce.

## **CONCLUSION**

14. There is probable cause to believe that convicted felon Clint DAVIS knowingly committed violations of 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm) within the Eastern District of Michigan on November 14, 2026.

Respectfully submitted,

Austin Dawn, Special Agent

Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and signed in my presence and/or by reliable electronic means

Hon. Kimberly G. Altman

United States Magistrate Judge

Dated: November 16, 2026